UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VONCELL DUNCAN,

  Plaintiff,
                   Case No. 20-cv-13236
                     Hon. Matthew F. Leitman
v.

ARD LOGISTICS LLC, *et. al.*,

  Defendants.
_____/

**ORDER GRANTING IN PART AND TAKING UNDER ADVISEMENT IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF No. 20)**

On January 23, 2023, the Court held a hearing on Defendants ARD Logistics, LLC and VITEC LLC's motion for summary judgment. (*See* Mot., ECF No. 20.) For the reasons explained on the record, **IT IS HEREBY ORDERED** as follows:

- The motion is **GRANTED** with respect to (1) all claims brought against Defendant ARD Logistics, (2) Plaintiff's federal Age Discrimination in Employment Act claims brought against Defendant VITEC in Counts I, III, and V of the Complaint, (3) Plaintiff's state-law retaliation claim against VITEC in Count IV of the Complaint, and (4) Plaintiff's state-law hostile work environment claim brought against VITEC in Count VI of the Complaint.  Those claims are **DISMISSED WITH PREJUDICE**.

1

- The motion is **TAKEN UNDER ADVISEMENT** with respect to Plaintiff's state-law discrimination claim brought against VITEC in Count II of the Complaint. The parties shall submit supplemental briefs on that portion of the motion as discussed on the record during the hearing. VITEC shall file its supplemental brief by no later than **February 7, 2023**. Plaintiff shall file his supplemental brief by no later than **February 21, 2023**.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 24, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 24, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126